### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

HERMAN SUTTON, III,

    Plaintiff,

v.                                    CASE NO. 1:13-cv-00163-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

_____/

### **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 11, 2014. (Doc. 17).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

2.     The decision of the Commissioner, denying benefits, is AFFIRMED.

**DONE AND ORDERED** this   *15th* day of September, 2014

                                            *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge